UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>TOREY RICHARDSON,<br><br>    Defendant. | CASE NO. MJ25-167<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

1. Unlawful Possession of a Firearm

<u>Date of Detention Hearing</u>:   April 3, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has a lengthy criminal record that includes convictions for possession of cocaine, attempted possession of a firearm, battery, and a prior federal conviction for controlled substances and conspiracy to possess a firearm. He was arrested pursuant to a fugitive warrant, and when he was identified by law enforcement, fled and resisted arrest. He was not forthcoming when asked whether he had any weapons on his person, and law enforcement found a loaded firearm on his person. During his prior federal conviction, his supervised released was revoked and a term of two years imposed for conduct including committing new offenses. There are also serval failures to appears as well as his fugitive status at the time of his arrest.

2. Defendant poses a risk of nonappearance based upon his flight from law enforcement, his fugitive status and his failures to appear in prior cases, and danger to the community based on his extensive criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person

DETENTION ORDER
PAGE -2

in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 3rd day of April 2025.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3